**SENSYTROL CORPORATION, Plaintiff-Appellant,**

v.

**RADIO CORPORATION OF AMERICA, Defendant-Appellee,**

and

**American Telephone & Telegraph Company et al., Defendants.**

**No. 381, Docket 26838.**

United States Court of Appeals Second Circuit.

Argued May 5, 1961.

Decided May 24, 1961.

Robert W. Fiddler, New York City (Emil K. Ellis, New York City, on the brief), for plaintiff-appellant.

James B. Henry, Jr., New York City (Cahill, Gordon, Reindel & Ohl, and William K. Kerr, New York City, on the brief), for defendant-appellee.

Before LUMBARD, Chief Judge, and HINCKS and MOORE, Circuit Judges.

PER CURIAM.

Affirmed on the opinion below, D.C.S.D.N.Y., 190 F.Supp. 121.

**UNITED STATES, Appellant**

v.

**Richard A. ANDERSON.**

**No. 16704.**

United States Court of Appeals Eighth Circuit.

March 22, 1961.

Clifford Janes, U. S. Atty., St. Paul, Minn., and Louis Oberdorfer, Asst. Atty. Gen., for appellant.

William R. Busch, St. Paul, Minn., for appellee.

PER CURIAM.

Appeal from District Court dismissed with prejudice but without costs to either party.

**FLORA CONSTRUCTION CO., Appellant,**

v.

**UNITED STATES, for the Use and Benefit of READY-MIX COMPANY.**

**No. 16744.**

United States Court of Appeals Eighth Circuit.

April 14, 1961.

Clifford Jansonius, Bismarck, N. D., for appellant.

Ward M. Kirby, Dickinson, N. D., for appellee.

PER CURIAM.

Appeal docket and dismissed at costs of appellant.